UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:14-560 |
| | ) | 18 U.S.C. § 1594(c) |
| v. | ) | |
| | ) | |
| JEROME WALKER | ) | |
| [redacted] | ) | **INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

That between in or about September 2013, and on or about October 30, 2013, in the District of South Carolina, the defendants, **JEROME WALKER** and [redacted] knowingly did combine, conspire and agree with each other and others, both known and unknown to the Grand Jury, to recruit, entice, harbor, transport, provide, obtain, and maintain K.W., a person known to the grand jury, and benefit, financially and by receiving anything of value, from participation in a venture to recruit, entice, harbor, transport, provide, obtain, and maintain by any means K.W., a person known to the grand jury, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact that K.W. had not attained the age of 18 years and that K.W. would be caused to engage in commercial sex acts;

In violation of Title 18, United States Code, Section 1594(c).

A True BILL

FOREPERSON

WILLIAM N. NETTLES (TDP)
UNITED STATES ATTORNEY